United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-17463-elf
Catherine Bolton-Irvin                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2              Date Rcvd: Apr 14, 2017
                              Form ID: 138NEW         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2017.
```
db           #+Catherine Bolton-Irvin,    5344 Baltimore Avenue,    Philadelphia, PA 19143-3117
12827013      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
12827014      +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
12827021      +Collections,    700 Lonwater Dr,    Norwell, MA 02061-1624
12827023      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12827026       HSBC Payment Center,    PO Box 17313,    Baltimore, MD 21297-1313
12827025      +Hsbc Nv,    9400 Sw Beaverton Hillsdale Hy,    Beaverton, OR 97005-3315
12827028      +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
12827029      +Lane Bryant/Charming Shoppes,    450 Winks Lane,    Bensalem, PA 19020-5943
12827030      +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
12827032      +Philadelphia Gas Works,    PO Box 3500,    Philadelphia, PA 19122-0500
12827033      +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
12827034      +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
                Lansing, IL 60438-3112
12827035      +Sears,    PO Box 183081,    Columbus, OH 43218-3081
12827036      +Strawbridge's,    7721 Torresdale Avenue,    Philadelphia, PA 19136-3331
12827037      +Thomas Jefferson University Hospital,    111 South 11th Street,    Philadelphia, PA 19107-5084
12827019     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  Citizens Bank,    PO Box 18204,    Bridgeport, CT 06661-3204)
12827040      +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
12827041       Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,    Greenville, SC 29603
12827042      +Wfnnb/woman,    Po Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:34     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2017 00:11:02
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2017 00:11:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12827016      +E-mail/Text: g20956@att.com Apr 15 2017 00:11:42     AT&T Wireless,    PO BOX 537104,
                Atlanta, GA 30353-7104
12827012      +E-mail/Text: EBNProcessing@afni.com Apr 15 2017 00:11:09     Afni, Inc.,
                Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
12827015      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 15 2017 00:11:05     Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
12827017      +E-mail/Text: tropiann@einstein.edu Apr 15 2017 00:10:46     Belmont Ctr. for Comp. Treatment,
                4200 Monument Road,    Philadelphia, PA 19131-1625
12944339       E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:34     City of Philadelphia, Law Department,
                Tax Unit - Bankruptcy Group,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
12827020       E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:34     City of Philadelphia/School District,
                City of Philadelphia,    Law Dept. - Tax Unit,    1515 Arch Street,
                Philadelphia, PA 19102-1595
13031374      +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Apr 15 2017 00:10:36
                Christian A. DiCicc, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                Philadelphia, PA 19103-4535
13031375      +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Apr 15 2017 00:10:36
                Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                Philadelphia, PA 19103-4535
12827022       E-mail/Text: mrdiscen@discover.com Apr 15 2017 00:10:36     Discover,    Po Box 15316,
                Wilmington, DE 19850
12827027       E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2017 00:14:21     JC Penny,    PO Box 960090,
                Orlando, FL 32896-0090
12955156       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2017 00:14:14
                LVNV Funding, LLC its successors and assigns as,    assignee of Sears National Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12827031      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 15 2017 00:10:42     PECO,
                2301 Market Street,    Philadelphia, PA 19103-1380
12881765      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 15 2017 00:10:42     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12954938      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2017 00:14:14
                PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12838847       E-mail/Text: ebn@vativrecovery.com Apr 15 2017 00:10:41     Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,    Houston TX 77240-0728
12849270       E-mail/Text: ebn@vativrecovery.com Apr 15 2017 00:10:41     Palisades Collections, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                PO Box 40728,    Houston TX 77240-0728
```

```
District/off: 0313-2           User: ChrissyW               Page 2 of 2                   Date Rcvd: Apr 14, 2017
                               Form ID: 138NEW              Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12827039       +E-mail/Text: blegal@phfa.org Apr 15 2017 00:11:07      US Bank N.A. as Trustee for PHFA,
                 211 North Front Street,   Harrisburg, PA 17101-1406
12827038       +E-mail/Text: jerome.smalls@ogc.upenn.edu Apr 15 2017 00:11:40      University of Pennsylvania Hospital,   800 Spruce Street,   Philadelphia, PA 19107-6192
                                                                                                 TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12827024*      +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
12827018      ##+Beneficial Bank,   Beneficial Mutual Bancorp, Inc.,   510 Walnut Street,
                 Philadelphia, PA 19106-3613
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Catherine    Bolton-Irvin
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA
               HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING
               FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING
               FINANCE AGENCY tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Catherine Bolton–Irvin
    Debtor(s)

Bankruptcy No: 12–17463–elf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/14/17

57 – 56
Form 138_new