United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine Bolton-Irvin  
      Debtor

Case No. 12-17463-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 19, 2017  
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db          #+Catherine Bolton-Irvin,    5344 Baltimore Avenue,    Philadelphia, PA 19143-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:  
         CHRISTIAN A. DICICCO    on behalf of Debtor Catherine  Bolton-Irvin  
          cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com  
         LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com  
         THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                       : Chapter 13

Catherine Bolton−Irvin                                                         : Case No. 12−17463−elf

        Debtor(s)

## *ORDER*
_____

    AND NOW, this day , May 19, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

60
Form 195