```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                    Case No. 12-17463-elf
Catherine Bolton-Irvin                                                    Chapter 13
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0313-2           User: admin                 Page 1 of 2                 Date Rcvd: May 19, 2017
                               Form ID: 3180W              Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             #+Catherine Bolton-Irvin,    5344 Baltimore Avenue,    Philadelphia, PA 19143-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2017 01:04:42
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2017 01:05:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12944339        E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:21     City of Philadelphia, Law Department,
                 Tax Unit - Bankruptcy Group,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13031375       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com May 20 2017 01:04:29
                 Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,   2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
12955156        EDI: RESURGENT.COM May 20 2017 00:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Sears National Bank,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
12881765       +E-mail/Text: bankruptcygroup@peco-energy.com May 20 2017 01:04:34     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
12954938       +EDI: RESURGENT.COM May 20 2017 00:53:00      PYOD, LLC its successors and assigns as assignee,
                 of B-Line, LLC,   Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
12838847        E-mail/Text: ebn@vativrecovery.com May 20 2017 01:04:33     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,   Houston TX 77240-0728
12849270        E-mail/Text: ebn@vativrecovery.com May 20 2017 01:04:33     Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 PO Box 40728,   Houston TX 77240-0728
12827039       +E-mail/Text: blegal@phfa.org May 20 2017 01:05:04     US Bank N.A. as Trustee for PHFA,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Catherine  Bolton-Irvin
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA
               HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING
               FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: May 19, 2017
                              Form ID: 3180W           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                           TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Catherine Bolton–Irvin** | Social Security number or ITIN **xxx–xx–9288** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–17463–elf** | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Catherine Bolton–Irvin

<u>5/18/17</u>                                                         **By the court:**   <u>Eric L. Frank</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**